# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: LINK, JAMES PATRICK | § Case No. 08-73802 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on November 21, 2008. The undersigned trustee was appointed on May 14, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $    12,500.37

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 0.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $    12,500.37 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 09/29/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,000.04. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,000.04, for a total compensation of $2,000.04. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/05/2009          By:/s/STEPHEN G. BALSLEY
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-73802  
Case Name: LINK, JAMES PATRICK  
Period Ending: 10/05/09

Trustee: (330410) STEPHEN G. BALSLEY  
Filed (f) or Converted (c): 04/01/09 (c)  
§341(a) Meeting Date: 05/14/09  
Claims Bar Date: 09/29/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence | 330,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account (h) | 400.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account (w) | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Random books | 20.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing (h) | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing (w) | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | Diamond earrings | 250.00 | 0.00 | DA | 0.00 | FA |
| 10 | Wedding ring (w) | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Wedding ring (h) | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | 12 gauge shotgun | 350.00 | 0.00 | DA | 0.00 | FA |
| 13 | 403B (w) | 7,046.00 | 0.00 | DA | 0.00 | FA |
| 14 | 10% ownership in Jim Link Services, Inc. | 3,000.00 | 6,000.00 | | 6,000.00 | FA |
| 15 | 2001 Ford Excursion | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2001 Polaris Snowmobile | 500.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2007 Harley Davidson Road King Custom | 12,585.00 | 6,500.00 | | 6,500.00 | FA |
| 18 | 2009 Toyota | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | Chocolate Lab | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | English Cocker Spaniel | 0.00 | 0.00 | DA | 0.00 | FA |
| 21 | Lawn Tractor | 500.00 | 0.00 | DA | 0.00 | FA |
| 22 | The Judge Hand Gun | 400.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.37 | Unknown |
| 23 | Assets   Totals (Excluding unknown values) | $377,851.00 | $12,500.00 | | $12,500.37 | $0.00 |

Major Activities Affecting Case Closing:

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 08-73802 | Trustee: | (330410) STEPHEN G. BALSLEY |
|---|---|---|---|
| Case Name: | LINK, JAMES PATRICK | Filed (f) or Converted (c): | 04/01/09 (c) |
| | | §341(a) Meeting Date: | 05/14/09 |
| Period Ending: 10/05/09 | | Claims Bar Date: | 09/29/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    October 6, 2009        Current Projected Date Of Final Report (TFR):    October 6, 2009

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-73802 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | LINK, JAMES PATRICK | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****09-65 - Money Market Account |
| Taxpayer ID #: | 54-6858108 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/05/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/04/09 | {17} | James Link | Purchase of Harley Davidson | 1129-000 | 6,500.00 | | 6,500.00 |
| 09/04/09 | {14} | Donald Fontana | Purchase of stock | 1129-000 | 6,000.00 | | 12,500.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 12,500.37 |
| | | | ACCOUNT TOTALS | | 12,500.37 | 0.00 | $12,500.37 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,500.37 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,500.37 | $0.00 | |

{} Asset reference(s)

Printed: 10/05/2009 03:35 PM   V.11.50

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-73802 | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- |
| Case Name: | LINK, JAMES PATRICK | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****09-66 - Checking Account |
| Taxpayer ID #: | 54-6858108 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/05/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****09-65 | 12,500.37 | 0.00 | 12,500.37 |
| Checking # ***-*****09-66 | 0.00 | 0.00 | 0.00 |
| | $12,500.37 | $0.00 | $12,500.37 |

{} Asset reference(s)    Printed: 10/05/2009 03:35 PM    V.11.50

Printed: 10/05/09 03:35 PM

# Claims Distribution Register

Page: 1

## Case: 08-73802   LINK, JAMES PATRICK

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Secured Claims:** | | | | | | | | |
| 1 | 12/03/08 | 100 | GMAC Mortgage, LLC as servicer<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527<br>&lt;4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>Disallowed for purposes of distribution - secured | 147,684.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | Priority 100:   0% Paid | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 04/01/09 | 200 | Stephen G. Balsley<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;3110-00  Attorney for Trustee Fees (Trustee Firm)&gt; | 2,550.00 | 2,550.00 | 0.00 | 2,550.00 | 2,550.00 |
| | 04/01/09 | 200 | United States Bankruptcy Court<br>211 South Court Street, Room 110<br>Rockford, IL 61101<br>&lt;2700-00  Clerk of the Court Costs (includes adversary and other filing fees)&gt;<br>Filing fee for Adversary Proceeding | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 |
| | 04/01/09 | 200 | Stephen G. Balsley<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;2100-00  Trustee Compensation&gt; | 2,000.04 | 2,000.04 | 0.00 | 2,000.04 | 2,000.04 |
| | | | Total for Priority 200:   100% Paid | $4,800.04 | $4,800.04 | $0.00 | $4,800.04 | $4,800.04 |
| | | | Total for Admin Ch. 7 Claims: | $4,800.04 | $4,800.04 | $0.00 | $4,800.04 | $4,800.04 |
| **Priority Claims:** | | | | | | | | |
| 5 | 05/04/09 | 570 | Office of the United States Trustee<br>780 Regent Street, Suite 304<br>Madison, WI 53715<br>&lt;5800-00  Claims of Governmental Units&gt;<br>780 Regent Street, Suite 304<br>Madison, WI 53715 | 650.00 | 650.00 | 0.00 | 650.00 | 650.00 |
| | | | Priority 570:   100% Paid | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 2 | 02/18/09 | 610 | Chase Bank USA, N.A.<br>c/o eCAST Settlement Corporation<br>P.O. Box 15145<br>Wilmington, DE<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 5,710.09 | 5,710.09 | 0.00 | 5,710.09 | 97.33 |

Printed: 10/05/09 03:35 PM

## Claims Distribution Register

Page: 2

### Case: 08-73802   LINK, JAMES PATRICK

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 3 | 03/02/09 | 610 | Capital One Bank<br>c/o eCAST Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193-5480<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;<br>Capital One Bank<br>POB 35480<br>Newark, NJ 071935480 | 11,417.54 | 11,417.54 | 0.00 | 11,417.54 | 194.61 |
| 4 | 03/13/09 | 610 | Chase Bank USA, N.A.<br>c/o eCAST Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193-5480<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;<br>Withdrawn by Claimant | 5,710.09 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | 09/29/09 | 610 | Gypsum Supply Company<br>c/o Attorney Mary K. Osborn<br>1125 Harrison Avenue<br>Rockford, IL 61104<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt;<br>C/O Mary Osborn, Esq.<br>1125 Harrison Avenue<br>Rockford, IL 61104 | 396,503.47 | 396,503.47 | 0.00 | 396,503.47 | 6,758.39 |
| | | | **Total for Priority 610:   1.70450% Paid** | **$419,341.19** | **$413,631.10** | **$0.00** | **$413,631.10** | **$7,050.33** |
| | | | **Total for Unsecured Claims:** | **$419,341.19** | **$413,631.10** | **$0.00** | **$413,631.10** | **$7,050.33** |
| | | | **Total for Case :** | **$572,475.78** | **$419,081.14** | **$0.00** | **$419,081.14** | **$12,500.37** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-73802
Case Name: LINK, JAMES PATRICK
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Stephen G. Balsley | $ 2,000.04 | $ |
| *Attorney for trustee* | Stephen G. Balsley | $ 2,550.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____

*Attorney for* _____ $_____ $_____

*Accountant for* _____ $_____ $_____

*Appraiser for* _____ $_____ $_____

*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $650.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5 | Office of the United States Trustee | $ 650.00 | $ 650.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 413,631.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | $ 5,710.09 | $ 97.33 |
| 3 | Capital One Bank | $ 11,417.54 | $ 194.61 |
| 6 | Gypsum Supply Company | $ 396,503.47 | $ 6,758.39 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**