# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: LINK, JAMES PATRICK                     §     Case No. 08-73802
                                               §
                                               §
                                               §
Debtor(s)                                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $377,851.00 | Assets Exempt: $15,000.00 |
| Total Distribution to Claimants: $7,701.23 | Claims Discharged Without Payment: $443,411.17 |
| Total Expenses of Administration: $4,800.04 | |

   3) Total gross receipts of $    12,501.27  (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $      0.00     (see **Exhibit 2**), yielded net receipts of $12,501.27
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $266,155.67 | $147,684.55 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,800.04 | 4,800.04 | 4,800.04 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 650.00 | 650.00 | 650.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 336,831.30 | 419,341.19 | 413,631.10 | 7,051.23 |
| **TOTAL DISBURSEMENTS** | $602,986.97 | $572,475.78 | $419,081.14 | $12,501.27 |

4) This case was originally filed under Chapter 7 on November 21, 2008. . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/29/2010_____    By: /s/STEPHEN G. BALSLEY_____
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 10% ownership in Jim Link Services, Inc. | 1129-000 | 6,000.00 |
| 2007 Harley Davidson Road King Custom | 1129-000 | 6,500.00 |
| Interest Income | 1270-000 | 1.27 |
| **TOTAL GROSS RECEIPTS** | | $12,501.27 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GMAC Mortgage, LLC as servicer | 4110-000 | 149,000.00 | 147,684.55 | 0.00 | 0.00 |
| Illinois Department of Revenue | 4110-000 | 117,155.67 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $266,155.67 | $147,684.55 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 2,000.04 | 2,000.04 | 2,000.04 |
| United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Stephen G. Balsley | 3110-000 | N/A | 2,550.00 | 2,550.00 | 2,550.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,800.04 | 4,800.04 | 4,800.04 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Office of the United States Trustee | 5800-000 | N/A | 650.00 | 650.00 | 650.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 650.00 | 650.00 | 650.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7100-000 | N/A | 5,710.09 | 5,710.09 | 97.34 |
| Capital One Bank | 7100-000 | N/A | 11,417.54 | 11,417.54 | 194.64 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7100-000 | N/A | 5,710.09 | 0.00 | 0.00 |
| Gypsum Supply Company | 7100-000 | 300,000.00 | 396,503.47 | 396,503.47 | 6,759.25 |
| Sony | 7100-000 | 5,832.00 | N/A | N/A | 0.00 |
| Toyota Finance | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| Jimling Services, Inc. | 7100-000 | 15,999.30 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 336,831.30 | 419,341.19 | 413,631.10 | 7,051.23 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73802

**Case Name:** LINK, JAMES PATRICK

**Period Ending:** 09/29/10

**Trustee:** (330410)   STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 04/01/09 (c)

**§341(a) Meeting Date:** 05/14/09

**Claims Bar Date:** 09/29/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence | 330,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account (h) | 400.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account (w) | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Random books | 20.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing (h) | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing (w) | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | Diamond earrings | 250.00 | 0.00 | DA | 0.00 | FA |
| 10 | Wedding ring (w) | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Wedding ring (h) | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | 12 gauge shotgun | 350.00 | 0.00 | DA | 0.00 | FA |
| 13 | 403B (w) | 7,046.00 | 0.00 | DA | 0.00 | FA |
| 14 | 10% ownership in Jim Link Services, Inc. | 3,000.00 | 6,000.00 | DA | 6,000.00 | FA |
| 15 | 2001 Ford Excursion | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2001 Polaris Snowmobile | 500.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2007 Harley Davidson Road King Custom | 12,585.00 | 6,500.00 | DA | 6,500.00 | FA |
| 18 | 2009 Toyota | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | Chocolate Lab | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | English Cocker Spaniel | 0.00 | 0.00 | DA | 0.00 | FA |
| 21 | Lawn Tractor | 500.00 | 0.00 | DA | 0.00 | FA |
| 22 | The Judge Hand Gun | 400.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.27 | FA |
| 23 | **Assets**      Totals (Excluding unknown values) | **$377,851.00** | **$12,500.00** | | **$12,501.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 08-73802 | | Trustee: | (330410) | STEPHEN G. BALSLEY |
|---|---|---|---|---|---|
| Case Name: | LINK, JAMES PATRICK | | Filed (f) or Converted (c): | 04/01/09 (c) | |
| | | | §341(a) Meeting Date: | 05/14/09 | |
| Period Ending: 09/29/10 | | | Claims Bar Date: | 09/29/09 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Initial Projected Date Of Final Report (TFR): | October 6, 2009 | Current Projected Date Of Final Report (TFR): | October 6, 2009 (Actual) |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-73802 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | LINK, JAMES PATRICK | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****09-65 - Money Market Account |
| Taxpayer ID #: | **-***8108 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 09/29/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/04/09 | {17} | James Link | Purchase of Harley Davidson | 1129-000 | 6,500.00 | | 6,500.00 |
| 09/04/09 | {14} | Donald Fontana | Purchase of stock | 1129-000 | 6,000.00 | | 12,500.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 12,500.37 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.51 | | 12,500.88 |
| 11/23/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.39 | | 12,501.27 |
| 11/23/09 | | To Account #*********0966 | Transfer funds from MMA to checking account | 9999-000 | | 12,501.27 | 0.00 |

|  | | | ACCOUNT TOTALS | | 12,501.27 | 12,501.27 | $0.00 |
|  | | | Less: Bank Transfers | | 0.00 | 12,501.27 | |
|  | | | Subtotal | | 12,501.27 | 0.00 | |
|  | | | Less: Payments to Debtors | | | 0.00 | |
|  | | | NET Receipts / Disbursements | | $12,501.27 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 08-73802 | |
| **Case Name:** | LINK, JAMES PATRICK | |
| | | |
| **Taxpayer ID #:** | **-***8108 | |
| **Period Ending:** | 09/29/10 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****09-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/23/09 | | From Account #********0965 | Transfer funds from MMA to checking account | 9999-000 | 12,501.27 | | 12,501.27 |
| 11/23/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $2,550.00, Attorney for Trustee Fees (Trustee Firm);  Reference: Voided on 11/23/09 | 3110-000 | | 2,550.00 | 9,951.27 |
| 11/23/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $2,550.00, Attorney for Trustee Fees (Trustee Firm);  Reference: Voided: check issued on 11/23/09 | 3110-000 | | -2,550.00 | 12,501.27 |
| 11/23/09 | 102 | United States Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: Voided on 11/23/09 | 2700-000 | | 250.00 | 12,251.27 |
| 11/23/09 | 102 | United States Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: Voided: check issued on 11/23/09 | 2700-000 | | -250.00 | 12,501.27 |
| 11/23/09 | 103 | Stephen G. Balsley | Dividend paid 100.00% on $2,000.04, Trustee Compensation;  Reference: Voided on 11/23/09 | 2100-000 | | 2,000.04 | 10,501.23 |
| 11/23/09 | 103 | Stephen G. Balsley | Dividend paid 100.00% on $2,000.04, Trustee Compensation;  Reference: Voided: check issued on 11/23/09 | 2100-000 | | -2,000.04 | 12,501.27 |
| 11/23/09 | 104 | Office of the United States Trustee | Dividend paid 100.00% on $650.00; Claim# 5; Filed: $650.00; Reference: 3802 Voided on 11/23/09 | 5800-000 | | 650.00 | 11,851.27 |
| 11/23/09 | 104 | Office of the United States Trustee | Dividend paid 100.00% on $650.00; Claim# 5; Filed: $650.00; Reference: 3802 Voided: check issued on 11/23/09 | 5800-000 | | -650.00 | 12,501.27 |
| 11/23/09 | 105 | Chase Bank USA, N.A. | Dividend paid  1.70% on $5,710.09; Claim# 2; Filed: $5,710.09; Reference: 6713 Voided on 11/23/09 | 7100-000 | | 97.34 | 12,403.93 |
| 11/23/09 | 105 | Chase Bank USA, N.A. | Dividend paid  1.70% on $5,710.09; Claim# 2; Filed: $5,710.09; Reference: 6713 Voided: check issued on 11/23/09 | 7100-000 | | -97.34 | 12,501.27 |
| 11/23/09 | 106 | Capital One Bank | Dividend paid  1.70% on $11,417.54; Claim# 3; Filed: $11,417.54; Reference: 1240 Voided on 11/23/09 | 7100-000 | | 194.64 | 12,306.63 |
| 11/23/09 | 106 | Capital One Bank | Dividend paid  1.70% on $11,417.54; Claim# 3; Filed: $11,417.54; Reference: 1240 Voided: check issued on 11/23/09 | 7100-000 | | -194.64 | 12,501.27 |
| 11/23/09 | 107 | Gypsum Supply Company | Dividend paid  1.70% on $396,503.47; Claim# | 7100-000 | | 6,759.25 | 5,742.02 |

Subtotals :                                            $12,501.27          $6,759.25

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-73802 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** LINK, JAMES PATRICK | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** \*\*\*-\*\*\*\*\*09-66 - Checking Account |
| **Taxpayer ID #:** \*\*-\*\*\*8108 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 09/29/10 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 6; Filed: $396,503.47; Reference: 2006 LA 189 Voided on 11/23/09 | | | | |
| 11/23/09 | 107 | Gypsum Supply Company | Dividend paid 1.70% on $396,503.47; Claim# 6; Filed: $396,503.47; Reference: 2006 LA 189 Voided: check issued on 11/23/09 | 7100-000 | | -6,759.25 | 12,501.27 |
| 11/23/09 | 108 | Stephen G. Balsley | Dividend paid 100.00% on $2,550.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,550.00 | 9,951.27 |
| 11/23/09 | 109 | United States Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 9,701.27 |
| 11/23/09 | 110 | Stephen G. Balsley | Dividend paid 100.00% on $2,000.04, Trustee Compensation; Reference: | 2100-000 | | 2,000.04 | 7,701.23 |
| 11/23/09 | 111 | Office of the United States Trustee | Dividend paid 100.00% on $650.00; Claim# 5; Filed: $650.00; Reference: 3802 | 5800-000 | | 650.00 | 7,051.23 |
| 11/23/09 | 112 | Chase Bank USA, N.A. | Dividend paid 1.70% on $5,710.09; Claim# 2; Filed: $5,710.09; Reference: 6713 | 7100-000 | | 97.34 | 6,953.89 |
| 11/23/09 | 113 | Capital One Bank | Dividend paid 1.70% on $11,417.54; Claim# 3; Filed: $11,417.54; Reference: 1240 | 7100-000 | | 194.64 | 6,759.25 |
| 11/23/09 | 114 | Gypsum Supply Company | Dividend paid 1.70% on $396,503.47; Claim# 6; Filed: $396,503.47; Reference: 2006 LA 189 | 7100-000 | | 6,759.25 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 12,501.27 | 12,501.27 | $0.00 |
| Less: Bank Transfers | 12,501.27 | 0.00 | |
| **Subtotal** | 0.00 | 12,501.27 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $12,501.27 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # \*\*\*-\*\*\*\*\*09-65** | 12,501.27 | 0.00 | 0.00 |
| **Checking # \*\*\*-\*\*\*\*\*09-66** | 0.00 | 12,501.27 | 0.00 |
| | $12,501.27 | $12,501.27 | $0.00 |

{} Asset reference(s)